No. 93–6027. ROJAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–6029. PIERSON *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 93–6032. GASTER *v.* TAYLOR, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 93–6038. COWTHRAN *v.* BROOKSHIRE GROCERY CO. C. A. 5th Cir. Certiorari denied.

No. 93–6044. SANDERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 93–6051. TAYLOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–6054. GUAJARDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 93–6056. HOMICK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–6063. DEMARCO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 93–6068. ACEVEDO-RAMIREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–6070. AIKEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–6072. CLARK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–6075. DE LA PAZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–6077. GRAY *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 93–6078. ADDERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–6080. SALAZAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.